**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT SCHUTZA, | No. 15-55704 |
| Plaintiff-Appellant, | |
| v. | D.C. No.<br>3:14-cv-02628-JM-RBB |
| FRN OF SAN DIEGO, LLC, a Delaware<br>Limited Liability Company, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Jeffrey T. Miller, District Judge, Presiding

Submitted February 6, 2017[**]
Pasadena, California

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

We vacate the district court's dismissal of this action, and we remand for

reconsideration in light of Karczewski v. DCH Mission Valley, LLC, No.

15-55633.

**VACATED and REMANDED.** Costs on appeal awarded to Plaintiff.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes that this case is suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

*Schutza v. FRN of San Diego, LLC*, No. 15-55704

FILED

JUL 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BYBEE, Circuit Judge, acquiescing *dubitante*:

    I acquiesce *dubitante* for the reasons articulated in my separate opinion in

*Karczewski v. DCH Mission Valley, LLC*, No. 15-55633.